UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEVON WILLIAMS, MITCHELL MARTINEZ,
DIMITRIJE ZIVKOVIC, and DERRICK ADAMS        17-CV-02628(KPF)
individually and on behalf of all others similarly situated,

                                        Plaintiffs,        **JUDGMENT**
                -against-

MOVAGE, INC., BAJO VUJOVIC, and
CHRISTIAN "DOE",

                                        Defendants.
-------------------------------------------------------------------X

**WHEREAS** the Plaintiffs have filed a Notice of Acceptance of Defendants' Offer of Judgment in the aggregate amount of $40,000.00 pursuant to Fed. R. Civ. P. 68 on September 19, 2019; and thereafter counsel for Plaintiffs and Defendants have agreed that Plaintiffs' co-counsel, Firestone & Breud PLLC and Robert Wisniewski P.C. would accept the aggregate amount of $60,000.00 as attorney fees and costs; and the matter having been presented to the Honorable Katherine Polk Failla, United States District Judge for review and approval,

**IT IS NOW ORDERED, ADJUDGED AND DECREED:** That Plaintiff Jevon Williams shall have a judgment against all Defendants, jointly and severally, in the total amount of $7,117.33, with the amount of $3,558.67 for unpaid wages to be reported on an IRS form W2 and the amount of $3,558.66 for liquidated damages to be reported on an IRS form 1099, and pursuant to New York Labor Law §198 (4), if any amounts of this judgment remain unpaid upon the expiration of ninety (90) days following issuance of this judgment, or ninety (90) days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent (15%), and it is further,

**ORDERED, ADJUDGED AND DECREED:**  That Plaintiff Mitchell Martinez shall have a judgment against all Defendants, jointly and severally, in the total amount of $5,245.33, with the amount of $2,622.67 for unpaid wages to be reported on an IRS form W2 and the amount of $2,622.66 for liquidated damages to be reported on an IRS form 1099, and pursuant to New York Labor Law §198 (4), if any amounts of this judgment remain unpaid upon the expiration of ninety (90) days following issuance of this judgment, or ninety (90) days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent (15%), and it is further,

**ORDERED, ADJUDGED AND DECREED:**  That Plaintiff Dimitrije Zivkovic shall have a judgment against all Defendants, jointly and severally, in the total amount of $1,293.34, with the amount of $646.67 for unpaid wages to be reported on an IRS form W2 and the amount of $646.67 for liquidated damages to be reported on an IRS form 1099, and pursuant to New York Labor Law §198 (4), if any amounts of this judgment remain unpaid upon the expiration of ninety (90) days following issuance of this judgment, or ninety (90) days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent (15%), and it is further,

**ORDERED, ADJUDGED AND DECREED:**  That Plaintiff Derrick Adams shall have a judgment against all Defendants, jointly and severally, in the total amount of $1,645.34, with the amount of $822.67 for unpaid wages to be reported on an IRS form W2 and the amount of $822.67 for liquidated damages to be reported on an IRS form 1099, and pursuant to New York Labor Law §198 (4), if any amounts of this judgment remain unpaid upon the expiration of ninety (90) days following issuance of this judgment, or ninety (90) days after expiration of the

time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent (15%), and it is further,

**ORDERED, ADJUDGED AND DECREED:**  That opt-in Plaintiff Daniel Almiral shall have a judgment against all Defendants, jointly and severally, in the total amount of $1,697.34, with the amount of $848.67 for unpaid wages to be reported on an IRS form W2 and the amount of $848.67 for liquidated damages to be reported on an IRS form 1099, and it is further,

**ORDERED, ADJUDGED AND DECREED:**  That opt-in Plaintiff Gregory Bodie shall have a judgment against all Defendants, jointly and severally, in the total amount of $4,337.33, with the amount of $2,168.67 for unpaid wages to be reported on an IRS form W2 and the amount of $2,168.66 for liquidated damages to be reported on an IRS form 1099, and it is further,

**ORDERED, ADJUDGED AND DECREED:**  That opt-in Plaintiff Patrick Troy Raymond shall have a judgment against all Defendants, jointly and severally, in the total amount of $4,337.33, with the amount of $2,168.67 for unpaid wages to be reported on an IRS form W2 and the amount of $2,168.66 for liquidated damages to be reported on an IRS form 1099, and it is further,

**ORDERED, ADJUDGED AND DECREED:**  That opt-in Plaintiff Thomas Brown shall have a judgment against all Defendants, jointly and severally, in the total amount of $8,349.33, with the amount of $4,174.67 for unpaid wages to be reported on an IRS form W2 and the amount of $4,174.66 for liquidated damages to be reported on an IRS form 1099, and it is further,

**ORDERED, ADJUDGED AND DECREED:**  That opt-in Plaintiff Franklin Vargas shall have a judgment against all Defendants, jointly and severally, in the total amount of

$5,977.33, with the amount of $2,988.67 for unpaid wages to be reported on an IRS form W2 and the amount of $2,988.66 for liquidated damages to be reported on an IRS form 1099, and it is further,

**ORDERED, ADJUDGED AND DECREED:** That Plaintiffs' co-counsel, Robert Wisniewski P.C. shall have a judgment against all Defendants, jointly and severally, in the amount of $34,395.00 as attorney fees and costs to be reported on an IRS form 1099, and it is further,

**ORDERED, ADJUDGED AND DECREED:** That Plaintiffs' co-counsel, Firestone & Breud, P.L.L.C. shall have a judgement against all Defendants, jointly and severally, in the amount of $25,605.00 as attorney fees to be reported on an IRS form 1099 and, it is further,

**ORDERED, ADJUDGED AND DECREED:** That the Clerk of the Court shall enter judgment of this Court and terminate the case.

Dated: New York, New York
       December ___, 2019

SO ORDERED:

_____
HON. KATHERINE POLK FAILLA, U.S.D.J.
Date: _____