UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEVON WILLIAMS, MITCHELL MARTINEZ,
DIMITRIJE ZIVKOVIC, and DERRICK ADAMS         17-CV-02628(KPF)
individually and on behalf of all others similarly situated,

                              Plaintiffs,                 **STIPULATION OF**
         -against-                                        **DISMISSAL**

MOVAGE, INC., BAJO VUJOVIC, and
CHRISTIAN TATAR,



                              Defendants.
------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their respective attorneys, that the Plaintiffs claims against Defendant Christian Tatar are dismissed, with prejudice, without attorneys' fees or costs against any party.

Dated: Commack, New York
       March 23, 2020

| Breud, McMahon & Firestone, P.L.L.C. | LurieStrupinsky, LLP |
|---|---|
| By: /s/ Albert Adam Breud, II (AAB 2355) | By: /s/ Joshua M. Lurie (JL7272) |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 356 Veterans Memorial Highway | 15 Warren Street |
| Suite 3 | Suite 36 |
| Commack, New York 11725 | Hackensack, New Jersey 07601 |
| (T) (631) 543-3700 | (T) (201) 518-9999 |

```
Application GRANTED.  The case is DISMISSED WITH PREJUDICE as to
Defendant Christian Tatar.

Dated:    March 24, 2020          SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE